**COMMONWEALTH of Pennsylvania,**
**Respondent**

v.

**Tyler J. BLANGO, Petitioner**

**No. 513 EAL 2016**

Supreme Court of Pennsylvania.

April 12, 2017

## ORDER

PER CURIAM

**AND NOW,** this 12th day of April, 2017, the Petition for Allowance of Appeal is **DENIED.**

**Michael GLASSIC and Noreen Gorka,**
**Individually and as H/W,**
**Petitioners**

v.

**STILLWATER LAKES CIVIC ASSOCI-**
**ATION, INC., Nicholas C. Haros, Es-**
**quire, Young and Haros, LLC, and**
**Gregory Malaska, Esquire, Respon-**
**dents**

**No. 737 MAL 2016**

Supreme Court of Pennsylvania.

April 12, 2017

## ORDER

PER CURIAM

**AND NOW,** this 12th day of April, 2017, the Petition for Allowance of Appeal is **DENIED.**

**IN RE: ADOPTION OF M.M.**

**Petition of: R.M., Natural Father**

**No. 76 WAL 2017**

Supreme Court of Pennsylvania.

April 13, 2017

## ORDER

PER CURIAM

**AND NOW,** this 13th day of April, 2017, the Petition for Allowance of Appeal is **DENIED.**